United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM SEOUL CENTRAL DISTRICT IN SEOUL, REPUBLIC OF KOREA, IN THE MATTER OF YU DAE-JONG

Case No. 26-mc-80215-VKD

**ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

Re: Dkt. No. 1

The United States, on behalf of the Seoul Central District Court in Seoul, Republic of Korea ("Korean Court"), filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 appointing Assistant United States Attorney Roman A. Swoopes as Commissioner to serve a subpoena on Google LLC ("Google"), a company located within this District, for evidence sought by the Korean Court in connection with a pending judicial proceeding captioned *Matter of Yu Dae-jong*, Foreign Reference No. 2025-F-3800. Dkt. No. 1; Dkt. No. 1-3; Dkt. No. 1-4. Google does not oppose the application. Dkt. No. 8.[1]

Having considered the Application and supporting documents, and the applicable authority, the Court grants the application as follows:

1. The Court appoints AUSA Swoopes as Commissioner, with authority to serve Google with a subpoena that is substantially in the form of the subpoena filed at Dkt. No. 1-4.

2. The Commissioner shall serve Google with a copy of this Order and the accompanying Application documents at the same time he serves the subpoena. The return date

[1] The United States and Google have indicated their consent to magistrate judge jurisdiction. Dkt. Nos. 5, 9.

United States District Court
Northern District of California

on the subpoena must be at least 30 days from the date of service. Service may be accomplished by any permissible means.

3. Google shall promptly provide notice of the subpoena and this Order to any account holder or other relevant user of the account(s) referenced in the subpoena.

4. Google's production of information and documents in response to the subpoena shall be accompanied by a notarized verification signed under penalty of perjury, transmitted to the Commissioner by email at Roman.Swoopes@usdoj.gov and to the following physical address:

Roman A. Swoopes
Assistant U.S. Attorney
U.S. Attorney's Office for the Northern District of California
60 South Market Street, Suite 1200
San Jose, California 95113

5. The Commissioner may agree in writing, and without further order of this Court, to allow Google additional time to respond to the subpoena. Further, the Commissioner may, in his discretion, withdraw the subpoena. In the event the subpoena is withdrawn, Google shall have no obligation to respond to the subpoena.

6. Nothing in this Order requires Google to disclose information that is inconsistent with its obligations under the federal Stored Communications Act, 18 U.S.C. §§ 2701-2711.

7. Nothing in this Order precludes Google or any other interested person from filing a motion to quash or modify the subpoena or a motion for a protective order.

**IT IS SO ORDERED.**

Dated: August 17, 2026

Virginia K. DeMarchi
United States Magistrate Judge